UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMANDEEP SINGH GILL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | No. 2:23-cv-0890 DC AC P<br><br><br><br>ORDER |

The deadline to file dispositive motions in this case was July 23, 2025. See ECF No. 15. Because neither party has filed a dispositive motion, the case will proceed to trial. However, before issuing a further scheduling order setting expert discovery deadlines, a pretrial conference, and/or a trial date, the court will refer the parties, who have yet to participate in Alternative Dispute Resolution ("ADR") in an effort to resolve this matter, to ADR. Magistrate Judge Carolyn K. Delaney has been randomly assigned as the settlement conference judge in this case.

IT IS HEREBY ORDERED that the parties are referred to ADR with Magistrate Judge Carolyn K. Delaney. The parties must contact Magistrate Judge Delaney's courtroom deputy, Lisa Kennison, lkennison@caed.uscourts.gov, (916) 930-4004, by **September 17, 2025**, to arrange a future settlement conference date.

DATED: August 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE