UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAMANDEEP SINGH GILL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | No.  2:23-cv-0890 DC AC P<br><br><br>ORDER |

The parties filed a joint stipulation to further modify the discovery and scheduling order, which was last modified on August 28, 2025.  ECF No. 27.  The joint stipulation seeks to extend all pending deadlines.  Id. at 4.  If the court modifies the discovery and scheduling order, the joint stipulation also seeks to withdraw defendant's pending motion to compel.  Id. at 5.  Accordingly, the court construes the parties' joint stipulation as a second motion to amend the discovery and scheduling order and to withdraw defendant's motion to compel.

Because the parties have established good cause pursuant to Federal Rule of Civil Procedure 16(b)(4), the joint motion to modify the discovery and scheduling order will be granted.  See Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380 (1993) (when ruling on a request to extend a filing deadline, the court considers 1) the danger of prejudice to the opposing party; 2) the length of the delay and its

1

impact on court proceedings; 3) the reason for the delay; and, 4) the good faith of the moving party).

The court will also grant the parties' stipulation to withdraw defendant's pending motion to compel, including the request for attorney's fees in the amount of $1,896.00.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties' joint stipulation (ECF No. 27) is construed as a motion to amend the discovery and scheduling order and to withdraw defendant's motion to compel and is GRANTED.

2.    Pursuant to the parties' stipulation (ECF No. 27 at 4), the August 28, 2025, the pretrial scheduling order (ECF No. 21) is modified as follows:

a.    All non-expert discovery shall be completed by **March 31, 2027.**

b.    Motions to compel discovery must be noticed on the undersigns calendar in accordance with the Local Rules and must be heard not later than **February 24, 2027.**

c.    Any motion to amend the complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure must be noticed for hearing in accordance with the Local Rules to be heard no later than **May 5, 2027.**

d.    All parties are to disclose in writing, file with the court, and serve upon all other parties, a list containing the name, address and area of expertise of each expert witness they propose to tender at trial, not later than **May 5, 2027**.

e.    No later than **June 2, 2027**, all parties are to disclose in writing, file with the court and serve upon all other parties, a list containing the name, address and area of expertise of each rebuttal expert witness the party proposes to tender at trial.

f.    Expert discovery shall be completed by **June 30, 2026**.

g.    All dispositive and non-discovery motions shall be heard by **August 17, 2027.**

3.    All other terms of the pretrial scheduling order (ECF No. 15) and Modified Scheduling Order (ECF No. 21) remain in full force and effect.

4.    Pursuant to the parties' stipulation, defendant's motion to compel (ECF No. 24) is WITHDRAWN.  The clerk of the court is directed to TERMINATE the motion.

DATED: June 17, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3